IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MAGGIE ROSS**                                                                  **PLAINTIFF**

**vs.**                                             **CIVIL ACTION NO. 3:04CV114-HTW-JCS**

**JAMES McKINLEY STAMEY, ET AL.**                      **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On May 18, 2006, an agreed order staying the case and ordering arbitration was filed with the Court. The Court has been advised that the parties have conducted an arbitration and that the arbitrator rendered his decision on October 10, 2006. A copy of that decision is attached to this Judgment. The Court has been advised that the amount owed to Plaintiff by the Defendants as set forth by the arbitrator's decision will be tendered to Plaintiff's attorneys within twenty (20) days of the date of this Judgment.

In light of the foregoing, the Court hereby finds that this case should be and is hereby dismissed with prejudice with each party to bear their own costs, expenses, and fees.

ORDERED AND ADJUDGED, this the 31st day of October, 2006.

                                                  s/ HENRY T. WINGATE

                                                  CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Rajita Moss_____
BOB OWENS
RAJITA MOSS
ATTORNEYS FOR PLAINTIFF

/s/ Richard M. Dye_____
RICHARD M. DYE
MALISS WINFIELD
ATTORNEYS FOR DEFENDANTS

Jackson 1385516v.1

1